UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Donald Sanders,<br><br>        Plaintiff,<br><br>v.<br><br>BNSF Railway Company,<br><br>        Defendant. | Court File No.  17-cv-5106 (ECT/KMM)<br><br>**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |

In accordance with Fed. R. Civ. P. 56, Defendant BNSF Railway Company moves for summary judgment on all of Plaintiff's Federal Railroad Safety Act ("FRSA") claims. Summary judgment is proper because Plaintiff cannot establish that FRSA-protected activity contributed to his dismissal and because BNSF would have dismissed Plaintiff notwithstanding any supposed protected activity.  Alternatively, BNSF moves for partial summary judgment on Plaintiff's punitive damages claim.

This motion is supported by all files, records, and proceedings herein, including BNSF's papers to be filed in accordance with L.R. 7.1.

/./.

Dated:  November 14, 2018       **STINSON LEONARD STREET LLP**

By: */s/ Tracey Holmes Donesky*
Tracey Holmes Donesky (#302727)
tracey.donesky@stinson.com
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500

And

**BRIGGS AND MORGAN, P.A.**
Tara Reese Duginske (#389450)
tduginske@briggs.com
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402-2157
Telephone: (612) 977-8400

*Attorneys for BNSF Railway Company*

2

/./.