UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| Donald Sanders, | Civil File No. 17-cv-5106-ECT-KMM |
|---|---|
| Plaintiff, | |
| v. | **PLAINTIFF'S EXHIBIT LIST** |
| BNSF Railway Company, | |
| Defendant. | |

| **Presiding Judge** | **Plaintiff's Attorneys** | **Defendant's Attorneys** |
|---|---|---|
| The Honorable Eric C. Tostrud | James H. Kaster<br>Lucas J. Kaster | Tracey Holmes Donesky<br>Sally J. Ferguson |
| **Trial Dates** | **Court Reporter** | **Courtroom Deputy** |
| December 6 – 17, 2021 | Tim Willette | Rachael Morton |

Plaintiff Donald Sanders respectfully submits the following list of exhibits which he may use at the trial of this matter. Plaintiff reserves the right to amend this exhibit list prior to trial and at trial itself based upon Defendant's exhibit list, based upon the Court's rulings before and during trial, based upon the witnesses and/or evidence presented at trial, in order to impeach witnesses or to refresh recollection, and for such other good cause as may be determined by the Court. Plaintiff also reserves the right to object to the admissibility of documents that may be offered by Defendant at the trial, irrespective of whether the document is identified on the exhibit list.

| Plf. No. | Date Offered | Marked | Admitted | Description | Beg. Bates No. | Objection |
|---|---|---|---|---|---|---|
| P001 | | | | 2002-12-01 Collective Bargaining Agreement between BNSF and BMWED | BNSF_Sanders0002507 | |
| P002 | | | | 2011-05-09 Safety Issue Resolution Process Reinforces Employee Safety | BNSF_Sanders0002896 | |
| P003 | | | | 2012-07-01 Supplemental Sickness Benefit Plan - BMWED | BNSF_Sanders0002215 | |
| P004 | | | | 2013-01-28 Track Inspector Evaluation Form | BNSF_Sanders0005938 | |
| P005 | | | | 2013-02-01 Policy for Employee Performance Accountability | BNSF_Sanders0002751 | |
| P006 | | | | 2013-02-21 Track Inspector Evaluation Form | BNSF_Sanders0005953 | |
| P007 | | | | 2013-03-13 Track Inspector Evaluation Form | BNSF_Sanders0005968 | |
| P008 | | | | 2013-10-09 Track Inspector Evaluation Form | BNSF_Sanders0005983 | |
| P009 | | | | 2013-11-14 Track Inspector Evaluation Form | BNSF_Sanders0005994 | |
| P010 | | | | 2013-12-26 Track Inspector Evaluation Form | BNSF_Sanders0006005 | |
| P011 | | | | 2014-01-07 Track Inspector Evaluation Form | BNSF_Sanders0006016 | |
| P012 | | | | 2014-02-12 Email regarding Don Sanders | BNSF_Sanders0008132 | |
| P013 | | | | 2014-03-25 Track Safety Standards - Party 213 | BNSF_Sanders0003374 | |
| P014 | | | | 2014-12-31 Engineering Scorecard for RDM-SUPERIOR | BNSF_Sanders0007620 | Relevance |
| P015 | | | | 2014-12-31 Engineering Scorecard for TWCEW | BNSF_Sanders0007608 | Relevance |
| P016 | | | | 2015-01-01 Performance and Development Review for Blaine Nicole Hoppenrath - 2015 - Mid-Year | BNSF_Sanders0013060 | Hearsay Relevance |

| | | | | | | |
|---|---|---|---|---|---|---|
| P017 | | | | 2015-01-01 Performance and Development Review for Blaine Nicole Hoppenrath - 2015 - Year-End | BNSF_Sanders0013067 | Hearsay Relevance |
| P018 | | | | 2015-01-01 Performance and Development Review for Keith D Jones - 2015 - Mid-Year | BNSF_Sanders0013091 | Hearsay Relevance |
| P019 | | | | 2015-01-01 Performance and Development Review for Keith D Jones - 2015 - Year-End | BNSF_Sanders0013098 | Hearsay Relevance |
| P020 | | | | 2015-01-01 Performance Management Process Presentation | BNSF_Sanders0013116 | |
| P021 | | | | 2015-01-01 Sanders PARS Time (1/1/2015 - 4/29/2016) | BNSF_Sanders0007799 | |
| P022 | | | | 2015-01-01 Sanders Time Payroll Data (1/1/2015 - 3/28/2016) | BNSF_Sanders0007639 | |
| P023 | | | | 2015-01-05 Corporate Policy Equal Employment Opportunity, Anti-Discrimination and Harassment Policy | BNSF_Sanders0006092 | |
| P024 | | | | 2015-03-27 Engineering Scorecard Metric Dictionary | BNSF_Sanders0011158 | Relevance |
| P025 | | | | 2015-09-18 Internal Control Plan | BNSF_Sanders0002762 | |
| P026 | | | | 2015-10-09 Email chain regarding safety concern expectations | SANDERS0000169 | |
| P027 | | | | 2015-10-09 St. Paul Roadmaster Expectations | SANDERS0002922 | |
| P028 | | | | 2015-10-09 St. Paul Sub Nightly Reports | SANDERS0002600 | |
| P029 | | | | 2015-11-01 Maintenance of Way Operating Rules | BNSF_Sanders0002909 | |
| P030 | | | | 2015-11-09 Email chain regarding Fw with attached photograph | SANDERS0001511 | |
| P031 | | | | 2015-11-09 Email regarding critical joints central ave | SANDERS0001510 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| P032 | | | | 2015-11-10 Email regarding main line | SANDERS0000054 | |
| P033 | | | | 2015-11-17 Email regarding Fwd. | SANDERS0000055 | Foundation |
| P034 | | | | 2015-11-18 Email chain regarding my day wensday,nov.11/2015 | SANDERS0001513 | |
| P035 | | | | 2015-11-24 Email regarding my day tuesday nov 24/2015 | SANDERS0000120 | |
| P036 | | | | 2015-12-01 Email chain regarding 1a stcroix shoulder and point | SANDERS0000133 | |
| P037 | | | | 2015-12-06 Email chain regarding my day Friday DEC. 4/2015 | SANDERS0001592 | |
| P038 | | | | 2015-12-07 BNSF EEO/OSHA Charges/Internal Complaints Tracking System | BNSF_Sanders0007059 | |
| P039 | | | | 2015-12-07 Email regarding INTERNAL COMPLAINT: Don Sanders Discussion - December 7th | BNSF_Sanders0007029 | |
| P040 | | | | 2015-12-08 Email chain regarding my day Monday/12/7/2015 and the evening of 12/6/2015 | BNSF_Sanders0007095 | |
| P041 | | | | 2015-12-10 Email chain regarding Tims weekly report Nov. 2015 | SANDERS0000051 | |
| P042 | | | | 2015-12-11 Email chain regarding Mr. Sanders sent home....? | BNSF_Sanders0008148 | |
| P043 | | | | 2015-12-11 Email chain regarding my day monday/12/7/2015 and the evening of 12/6/2015 | SANDERS0000135 | |
| P044 | | | | 2015-12-11 Email regarding my day Thursday Dec. 10/2015 with attached photographs | SANDERS0000056 | |
| P045 | | | | 2015-12-15 Email regarding 12-15-15 anti retaliation letter | BNSF_Sanders0007035 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| P046 | | | | 2015-12-15 Letter from Joseph Spier to Keith Jones regarding Retaliation Prohibited | BNSF_Sanders0007036 | |
| P047 | | | | 2015-12-16 Letter to Donald Sanders regarding Notification of Completion of the Investigation and Findings | BNSF_Sanders0007088 | |
| P048 | | | | 2015-12-22 Letter from Douglas Jensen to Keith Jones regarding Formal Coaching & Counseling | BNSF_Sanders0007051 | |
| P049 | | | | 2015-12-23 Email regarding Keith Jones CoachingandCounseling12-2015 | BNSF_Sanders0007055 | |
| P050 | | | | 2015-12-23 Letter from Magenta Eggertsen to Donald Sanders regarding Notification of Completion of the Investigation and Findings | BNSF_Sanders0007039 | |
| P051 | | | | 2015-12-31 Engineering Scorecard for RDM-SUPERIOR | BNSF_Sanders0007578 | Relevance |
| P052 | | | | 2015-12-31 Engineering Scorecard for TWCEW | BNSF_Sanders0007556 | Relevance |
| P053 | | | | 2016-01-01 Performance and Development Review for Blaine Nicole Hoppenrath - 2016 - Mid-Year | BNSF_Sanders0013075 | Hearsay Relevance |
| P054 | | | | 2016-01-01 Performance and Development Review for Blaine Nicole Hoppenrath - 2016 - Year-End | BNSF_Sanders0013053 | Hearsay Relevance |
| P055 | | | | 2016-01-01 Performance and Development Review for Keith D Jones - 2016 - Mid-Year | BNSF_Sanders0013107 | Hearsay Relevance |
| P056 | | | | 2016-01-01 Performance and Development Review for Keith D Jones - 2016 - Year-End | BNSF_Sanders0013081 | Hearsay Relevance |
| P057 | | | | 2016 Scorecard Ranking | BNSF_Sanders0007635 | Relevance |

| | | | | | | |
|---|---|---|---|---|---|---|
| P058 | | | | 2016 -Track - Year - NOMOW - GOMTC | BNSF_Sanders0011179 | Relevance |
| P059 | | | | 2016-01-04 Email regarding AS INFORMATION: Don Sanders Internal Complaint Closeout with attachment | BNSF_Sanders0007038 | |
| P060 | | | | 2016-01-05 Email regarding Sanders | BNSF_Sanders0007845 | |
| P061 | | | | 2016-01-06 Email chain regarding Sanders Recap 1/5/2015 | BNSF_Sanders0006954 | |
| P062 | | | | 2016-01-08 Email chain regarding st. paul issues | SANDERS0000146 | |
| P063 | | | | 2016-01-11 Email chain regarding Start Time | BNSF_Sanders0008616 | |
| P064 | | | | 2016-01-11 Email chain regarding Wednesday 1/6/15 | BNSF_Sanders0008617 | |
| P065 | | | | 2016-01-15 Email regarding my day Friday Jan. 15/2016 | BNSF_Sanders0008154 | |
| P066 | | | | 2016-01-19 Email regarding Rule 38 jobs | BNSF_Sanders0008158 | |
| P067 | | | | 2016-01-20 Email regarding my day Wednesday Jan. 20/2016 | BNSF_Sanders0008153 | |
| P068 | | | | 2016-01-26 Email regarding my day Monday Jan. 25, 2016 with attached photographs | BNSF_Sanders0008163 | |
| P069 | | | | 2016-01-26 Track Inspector Evaluation Form | BNSF_Sanders0006027 | |
| P070 | | | | 2016-01-26 Track Inspector Evaluation General Comments | BNSF_Sanders0007846 | |
| P071 | | | | 2016-01-31 Email chain regarding my day Saturday Jan. 30th 2016 | SANDERS0000147 | |
| P072 | | | | 2016-01-31 Email chain regarding my day Saturday Jan. 30th 2016 | BNSF_Sanders0007839 | |
| P073 | | | | 2016-02-05 Email regarding 2016 Merit - Keith Jones - Congratulations. | BNSF_Sanders0013051 | Relevance |
| P074 | | | | 2016-02-05 Merit Increase Statement -Keith Jones | BNSF_Sanders0013166 | Relevance |

| | | | | | | |
|---|---|---|---|---|---|---|
| P075 | | | | 2016-02-10 Track Inspector Evaluation General Comments | BNSF_Sanders0007852 | |
| P076 | | | | 2016-02-24 Preventing Harassment and Discrimination PowerPoint | BNSF_Sanders0008493 | |
| P077 | | | | 2016-02-25 Email chain regarding Crossing safety | BNSF_Sanders0008146 | |
| P078 | | | | 2016-03-01 Email chain regarding Engr Scorecard Detail_3-1-16.xlsx with attachment | BNSF_Sanders0011178 | Relevance |
| P079 | | | | 2016-03-01 Email regarding 2016-03-01 Engr Scorecard Detail with attachments | BNSF_Sanders0011375 | Relevance |
| P080 | | | | 2016-03-02 Email regarding my day Tuesday Feb. 16/2016 | BNSF_Sanders0008143 | |
| P081 | | | | 2016-03-09 Email regarding 2016-03-09 Engr Scorecard Detail with attachment | BNSF_Sanders0011399 | Relevance |
| P082 | | | | 2016-03-16 Email chain regarding Production Report RG302 3/14/2016 (New Rail) | BNSF_Sanders0011187 | Relevance |
| P083 | | | | 2016-03-16 Email regarding 2016-03-16 Engr Scorecard Detail with attachment | BNSF_Sanders0011383 | Relevance |
| P084 | | | | 2016-03-18 Track Inspector Evaluation Form | BNSF_Sanders0006035 | |
| P085 | | | | 2016-03-19 Email chain regarding my day Sunday March 19/2016 | BNSF_Sanders0008120 | |
| P086 | | | | 2016-03-22 Email regarding AS INFORMATION: Donald Sanders - Internal Complaint Closeout | BNSF_Sanders0006952 | |
| P087 | | | | 2016-03-22 Letter to Donald Sanders regarding Notification of Completion of the Investigation and Findings | BNSF_Sanders0006953 | |
| P088 | | | | 2016-03-24 Email chain regarding company use | SANDERS0000048 | |
| P089 | | | | 2016-03-24 Email chain regarding company use | SANDERS0000008 | |

7

| | | | | | | |
|---|---|---|---|---|---|---|
| P090 | | | | 2016-03-25 Email chain regarding my day March 25/2016 | BNSF_Sanders0008127 | |
| P091 | | | | 2016-03-28 Letter to Donald Sanders | SANDERS0002768 | |
| P092 | | | | 2016-03-28 Letter to Donald Sanders | SANDERS0002766 | |
| P093 | | | | 2016-03-29 Email chain regarding Access Suspension | BNSF_Sanders0008547 | |
| P094 | | | | 2016-03-29 Email chain regarding Draft Notice #2 | BNSF_Sanders0008544 | |
| P095 | | | | 2016-03-29 Email chain regarding Sanders Draft Notice #1 | BNSF_Sanders0008545 | |
| P096 | | | | 2016-03-30 Email regarding 2016-03-30 Engr Scorecard Detail with attachment | BNSF_Sanders0011391 | Relevance |
| P097 | | | | 2016-04-01 Email from Christine Sanders | SANDERS0003599 | Foundation Relevance |
| P098 | | | | 2016-04-03 Investigation Transcript and Exhibits | BNSF_Sanders0000652 | |
| P099 | | | | 2016-04-05 EthicsPoint Incident Management Case: 2016-4-767 Hotline Phone | BNSF_Sanders0007541 | |
| P100 | | | | 2016-04-05 EthicsPoint Incident Management Case: 2016-4-767 Hotline Phone | BNSF_Sanders0007176 | |
| P101 | | | | 2016-04-06 Email regarding 2016-04-06 Engr Scorecard Detail with attachment | BNSF_Sanders0011407 | Relevance |
| P102 | | | | 2016-04-08 Email chain regarding Donald Sanders Complaint | BNSF_Sanders0006970 | |
| P103 | | | | 2016-04-08 Investigation Data Transcript and Exhibits | BNSF_Sanders0000838 | |
| P104 | | | | 2016-04-11 Email chain regarding Donald Sanders Complaint with attachment | BNSF_Sanders0006955 | |
| P105 | | | | 2016-04-12 Email regarding Hotline Statement RE: 2016-4-767 | BNSF_Sanders0007446 | |

8

| | | | | | | |
|---|---|---|---|---|---|---|
| P106 | | | | 2016-04-13 Email regarding 2016-04-13 Engr Scorecard Detail with attachment | BNSF_Sanders0011415 | Relevance |
| P107 | | | | 2016-04-16 Email chain regarding Derailment @ 28th Street - page | BNSF_Sanders0011193 | Relevance |
| P108 | | | | 2016-04-19 Email regarding Sanders TWI-MOW-2016-00277 | BNSF_Sanders0006440 | |
| P109 | | | | 2016-04-19 Email regarding TWI-MOW-2016-00278 | BNSF_Sanders0006615 | |
| P110 | | | | 2016-04-19 Email chain regarding Complaint Statement | BNSF_Sanders0007180 | |
| P111 | | | | 2016-04-19 Email chain regarding Follow up | SANDERS0003617 | |
| P112 | | | | 2016-04-19 Email chain regarding Sanders TWI-MOW-2016-00277 | BNSF_Sanders0006438 | |
| P113 | | | | 2016-04-19 Email chain regarding Statement | BNSF_Sanders0007448 | |
| P114 | | | | 2016-04-20 Email chain regarding Fwd: | SANDERS0003630 | |
| P115 | | | | 2016-04-20 Email regarding 2016-04-20 Engr Scorecard Detail with attachment | BNSF_Sanders0011423 | Relevance |
| P116 | | | | 2016-04-20 Email regarding dates and some incidents | SANDERS0003624 | |
| P117 | | | | 2016-04-22 Email chain regarding Hot Line 2016-4-767 | BNSF_Sanders0007171 | |
| P118 | | | | 2016-04-22 Email chain regarding Statement | BNSF_Sanders0007450 | |
| P119 | | | | 2016-04-22 Email chain regarding Summary of Witness statements | BNSF_Sanders0007168 | |
| P120 | | | | 2016-04-22 Email chain regarding TWI-MOW-2016-00278 | BNSF_Sanders0006783 | |
| P121 | | | | 2016-04-26 Email chain regarding Follow up | SANDERS0003631 | |
| P122 | | | | 2016-04-27 Email chain regarding Sanders TWI-MOW-2016-00277 | BNSF_Sanders0008112 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| P123 | | | | 2016-04-27 Email chain regarding TWI-MOW-2016-00278 | BNSF_Sanders0008118 | |
| P124 | | | | 2016-04-27 Email regarding Engr Scorecard Detail 4-27-2016 with attachment | BNSF_Sanders0011431 | Relevance |
| P125 | | | | 2016-04-28 Email chain regarding Sanders - Draft Dismissals | BNSF_Sanders0008536 | |
| P126 | | | | 2016-04-28 Draft Letter to Donald Sanders regarding Dismissal | BNSF_Sanders0008537 | |
| P127 | | | | 2016-04-28 Draft Letter to Donald Sanders regarding Dismissal | BNSF_Sanders0008539 | |
| P128 | | | | 2016-04-29 Letter to Donald Sanders regarding Dismissal | BNSF_Sanders0001181 | |
| P129 | | | | 2016-04-29 Letter to Donald Sanders regarding Dismissal | BNSF_Sanders0001363 | |
| P130 | | | | 2016-05-02 Email chain regarding Follow up | SANDERS0003632 | |
| P131 | | | | 2016-05-03 Email chain regarding Follow up | SANDERS0003635 | |
| P132 | | | | 2016-05-03 Email chain regarding Follow up | SANDERS0003634 | |
| P133 | | | | 2016-05-12 Email chain regarding Keith Jones and Don Sanders | SANDERS0003643 | |
| P134 | | | | 2016-05-12 Email chain regarding track inspector | | |
| P135 | | | | 2016-05-21 Email chain regarding GEO CAR GDM EXCEPTION REPORT - 2016-05-20 | BNSF_Sanders0011195 | |
| P136 | | | | 2016-05-25 Email chain regarding Engr Scorecard Detail 5-25-16 | BNSF_Sanders0011197 | Relevance |
| P137 | | | | 2016-05-27 Email regarding voice message | SANDERS0003328 | |
| P138 | | | | 2016-06-01 Email chain regarding statement | SANDERS0003562 | Foundation Relevance |

| | | | | | | |
|---|---|---|---|---|---|---|
| P139 | | | | 2016-06-21 Letter to Donald Sanders regarding telephone recordings | BNSF_Sanders0007467 | |
| P140 | | | | 2016-06-24 Email regarding I see you've moved into 3rd on the scorecard - congratulations - enjoy your weekend. | BNSF_Sanders0011198 | Relevance |
| P141 | | | | 2016-07-07 Letter from Chad Sundem to John Mozinski | BNSF_Sanders0008389 | |
| P142 | | | | 2016-07-18 Email chain regarding FYI | BNSF_Sanders0011199 | Relevance |
| P143 | | | | 2016-09-07 Email regarding Engr Scorecard Detail 09-07-16 with attachment | BNSF_Sanders0011226 | Relevance |
| P144 | | | | 2016-09-14 Email regarding Engr Scorecard Detail 09-14-16 with attachments | BNSF_Sanders0011239 | Relevance |
| P145 | | | | 2016-09-21 Email regarding Engr Scorecard Detail 09-21-16 with attachments | BNSF_Sanders0011252 | Relevance |
| P146 | | | | 2016-10-24 Email chain regarding Engr Scorecard Detail 10-19-16 with attachments | BNSF_Sanders0011200 | Relevance |
| P147 | | | | 2016-12-28 Email regarding 2016-12-28 Engr Scorecard Detail with attachments | BNSF_Sanders0011363 | Relevance |
| P148 | | | | 2016-12-31 Engineering Scorecard for RDM-SUPERIOR | BNSF_Sanders0007593 | Relevance |
| P149 | | | | 2016-12-31 Engineering Scorecard for TWIEA | BNSF_Sanders0007550 | Relevance |
| P150 | | | | 2017-01-01 YTD Scorecard | BNSF_Sanders0011687 | Relevance |
| P151 | | | | 2017-01-04 Email regarding Engr Scorecard Detail 01-04-2017 with attachments | BNSF_Sanders0011214 | Relevance |
| P152 | | | | 2017-01-11 Email regarding Engr Scorecard Detail 1-11-2017 with attachments | BNSF_Sanders0011694 | Relevance |

11

| | | | | | | |
|---|---|---|---|---|---|---|
| P153 | | | | 2017-02-08 Email chain regarding Engr Scorecard Detail_02-08-2017 | BNSF_Sanders0011616 | Relevance |
| P154 | | | | 2017-06-09 Email regarding Scorecard details | BNSF_Sanders0011585 | Relevance |
| P155 | | | | 2017-06-09 Email regarding Scorecard details | BNSF_Sanders0011685 | Relevance |
| P156 | | | | 2018-02-28 Employee Transcript | BNSF_Sanders0004763 | Relevance |
| P157 | | | | 2018-11-29 Email chain regarding Sanders v. BNSF (Depo Ex. 67) | | Relevance |
| P158 | | | | 2018-11-29 Letter regarding 30(b)(6) Testimony Designations (Depo Ex. 70) | | Relevance |
| P159 | | | | 2019-01-01 2019 Division Expectations | BNSF_Sanders0013165 | Foundation Relevance |
| P160 | | | | Photographs | SANDERS0003703 | Foundation Relevance |
| P161 | | | | Chartier Desk File Night Reports - Don Sanders | BNSF_Sanders0007803 | |
| P162 | | | | Eggertsen Investigation Notes | BNSF_Sanders0007084 | |
| P163 | | | | Eggertsen notes regarding Communication with Don Sanders | BNSF_Sanders0007104 | |
| P164 | | | | Frequently Asked Questions about the BNSF Hotline | BNSF_Sanders0002898 | |
| P165 | | | | Handwritten Notes and Calendar Entries (Depo Ex. 63) | | |
| P166 | | | | Hoppenrath Instagram Profile Pages | | Foundation Relevance |
| P167 | | | | Note regarding Keith | | |
| P168 | | | | Note regarding tracking and handling defects | | Foundation |
| P169 | | | | PEPA Case Write-Up | BNSF_Sanders0008586 | |
| P170 | | | | Sanders Dismissal File | BNSF_Sanders0008481 | |
| P171 | | | | Sanders Employee Safety Record Summary | BNSF_Sanders0004767 | |

12

| | | | | | | |
|---|---|---|---|---|---|---|
| P172 | | | | Sanders Employee Transcript | BNSF_Sanders0004763 | |
| P173 | | | | Sanders Time History 10/2015 - 4/2016 | BNSF_Sanders0004580 | |
| P174 | | | | Sanders Wage History Report | BNSF_Sanders0004774 | |
| P175 | | | | DS Audio Record | | Foundation Relevance Cumulative |
| P176 | | | | Audio Recording | SANDERS0000006 | Foundation Relevance Cumulative |
| P177 | | | | Sanders Recording no. DSanders0000000415 | SANDERS0002528 | Foundation Relevance Cumulative |
| P178 | | | | Sanders Recording no. DSanders0000000416 | SANDERS0002541 | Foundation Relevance Cumulative |
| P179 | | | | Sanders recording no. DSanders0000000417 | SANDERS0002539 | Foundation Relevance Cumulative |
| P180 | | | | Sanders recording no. DSanders0000000418 | SANDERS0002529 | Foundation Relevance Cumulative |
| P181 | | | | Sanders recording no. DSanders0000000419 | SANDERS0002542 | Foundation Relevance Cumulative |
| P182 | | | | Sanders recording no. DSanders0000000419 and transcript | SANDERS0002543 | Foundation Relevance Cumulative |
| P183 | | | | Sanders recording no. DSanders0000000420 | SANDERS0002531 | Foundation Relevance Cumulative |
| P184 | | | | Sanders Recording no. DSanders0000000421 | SANDERS0002545 | Foundation Relevance Cumulative |
| P185 | | | | Sanders Recording no. DSanders0000000422 | SANDERS0002547 | Foundation Relevance Cumulative |
| P186 | | | | Sanders Recording no. DSanders0000000423 | SANDERS0002540 | Foundation Relevance Cumulative |

| | | | | | | |
|---|---|---|---|---|---|---|
| P187 | | | | Sanders Recording no. DSanders0000000424 | SANDERS0002549 | Foundation Relevance Cumulative |
| P188 | | | | Sanders Recording no. DSanders0000000425 | SANDERS0002534 | Foundation Relevance Cumulative |
| P189 | | | | Sanders Recording no. DSanders0000000426 | SANDERS0002546 | Foundation Relevance Cumulative |
| P190 | | | | Sanders Recording no. DSanders0000000427 | SANDERS0002530 | Foundation Relevance Cumulative |
| P191 | | | | Sanders Recording no. DSanders0000000429 | SANDERS0002526 | Foundation Relevance Cumulative |
| P192 | | | | Sanders Recording no. DSanders0000000430 and transcript | SANDERS0002551 | Foundation Relevance Cumulative |
| P193 | | | | Sanders Recording no. DSanders0000000431 | SANDERS0002544 | Foundation Relevance Cumulative |
| P194 | | | | Sanders Recording no. DSanders0000000432 | SANDERS0002555 | Foundation Relevance Cumulative |
| P195 | | | | Sanders Recording No. DSanders0000000433 and transcript | SANDERS0002533 | Foundation Relevance Cumulative |
| P196 | | | | Sanders Recording no. DSanders0000000434 | SANDERS0002557 | Foundation Relevance Cumulative |
| P197 | | | | Sanders Recording no. DSanders0000000435 | SANDERS0002537 | Foundation Relevance Cumulative |
| P198 | | | | Sanders Recording no. DSanders0000000436 | SANDERS0002559 | Foundation Relevance Cumulative |
| P199 | | | | Sanders Recording no. DSanders0000000437 | SANDERS0002556 | Foundation Relevance Cumulative |
| P200 | | | | Sanders Recording no. DSanders0000000438 | SANDERS0002548 | Foundation Relevance Cumulative |

| | | | | | | |
|---|---|---|---|---|---|---|
| P201 | | | | Sanders Recording no. DSanders0000000439 | SANDERS0002562 | Foundation Relevance Cumulative |
| P202 | | | | Sanders Recording no. DSanders0000000440 | SANDERS0002554 | Foundation Relevance Cumulative |
| P203 | | | | Sanders recording no. DSanders0000000441 | SANDERS0002560 | Foundation Relevance Cumulative |
| P204 | | | | Sanders Recording no. DSanders0000000443 | SANDERS0002561 | Foundation Relevance Cumulative |
| P205 | | | | Sanders Recording No. DSanders0000000444 and transcript | SANDERS0002550 | Foundation Relevance Cumulative |
| P206 | | | | Sanders Recording no. DSanders0000000445 | SANDERS0002552 | Foundation Relevance Cumulative |
| P207 | | | | Sanders Recording No. DSanders0000000446 and transcript | SANDERS0002535 | Foundation Relevance Cumulative |
| P208 | | | | Sanders Recording no. DSanders0000000447 | SANDERS0002536 | Foundation Relevance Cumulative |
| P209 | | | | Sanders Recording No. DSanders0000000448 and transcript | SANDERS0002532 | Foundation Relevance Cumulative |
| P210 | | | | Sanders Recording No. DSanders0000000449 | SANDERS0002538 | Foundation Relevance Cumulative |
| P211 | | | | Sanders Recording no. DSanders0000000450 | SANDERS0002525 | Foundation Relevance Cumulative |
| P212 | | | | Sanders Recording no. DSanders0000000451 | SANDERS0002527 | Foundation Relevance Cumulative |
| P213 | | | | Sanders Recording no. DSanders0000000452 and transcript | SANDERS0002553 | Foundation Relevance Cumulative |
| P214 | | | | Sanders Recording no. DSanders0000000453 and transcript | SANDERS0002563 | Foundation Relevance Cumulative |

| | | | | | | |
|---|---|---|---|---|---|---|
| P215 | | | | Sanders Recording no. DSanders0000000454 | SANDERS0002558 | Foundation Relevance Cumulative |
| P216 | | | | Sanders recording no. DSanders0000000455 | SANDERS0002564 | Foundation Relevance Cumulative |
| P217 | | | | Michael Metzinger discipline file | BNSF_Sanders0009701 | Relevance |
| P218 | | | | Josh Kramer discipline file | BNSF_Sanders0010279 | Relevance |
| P219 | | | | Michael Olson discipline file | BNSF_Sanders0010745 | Relevance |
| P220 | | | | Cameron Webb discipline file | BNSF_Sanders0011145 | Relevance |
| P221 | | | | Curtis Knutson discipline file | BNSF_Sanders0010736 | Relevance |
| P222 | | | | Select pages of Benjamin Klukas discipline file | BNSF_Sanders0010285 | Relevance |
| P223 | | | | James Johnson discipline file | BNSF_Sanders0010740 | Relevance |
| P224 | | | | 2015-09-01 Table of Contents - Field Manual | SANDERS0000178 | |
| P225 | | | | 2015-06-01 Track Inspection Manual | SANDERS0000306 | |
| P226 | | | | 2014-12-01 Temporary Speed Restrictions Manual | SANDERS0000376 | |
| P227 | | | | 2012-01-01 PATS Manual | SANDERS0001146 | |
| P228 | | | | 2014-06-01 General Manual | SANDERS0001478 | |
| P229 | | | | Don Sanders Text Messages with Blaine Hoppenrath | SANDERS0000154 | |
| P230 | | | | Don Sanders Text Messages with Stephen Chartier | BNSF_Sanders0007858 | Foundation |
| P231 | | | | Dale Boisso Curriculum Vitae | | |
| P232 | | | | Dale Boisso List of Testimony | | |
| P233 | | | | Dale Boisso List of Files Reviewed | | |
| P234 | | | | 2008 Form W-2 | SANDERS0004005 | |
| P235 | | | | 2011 Form W-2 | SANDERS0003930 | |
| P236 | | | | 2012 Form W-2 | SANDERS0003927 | |
| P237 | | | | 2013 Form W-2 | SANDERS0003931 | |
| P238 | | | | 2014 Form W-2 | SANDERS0002750 | |
| P239 | | | | 2014 Income Tax Return | SANDERS0003889 | |

16

| | | | | | | |
|---|---|---|---|---|---|---|
| P240 | | | | 2014-12-31 The Railroad Employees National Health and Welfare Plan | BNSF_Sanders0002249 | |
| P241 | | | | 2015 Form W-2 | SANDERS0002753 | |
| P242 | | | | 2015 Income Tax Return | SANDERS0003899 | |
| P243 | | | | 2015-01-01 BMWED Rates of Pay | BNSF_Sanders0002707 | |
| P244 | | | | 2016 Form 1099-R | SANDERS0002760 | |
| P245 | | | | 2016 Form 1099-R | SANDERS0002761 | |
| P246 | | | | 2016 Form W-2 | SANDERS0002758 | |
| P247 | | | | 2016 Income Tax Return | SANDERS0003911 | |
| P248 | | | | 2017 Income Tax Return | SANDERS0003932 | |
| P249 | | | | 2017 First Transit Earnings Statement | First.Transit_Sanders_000001 | |
| P250 | | | | 2017 Form M1 Individual Income Tax Return | SANDERS0003938 | |
| P251 | | | | 2017 Form W-2 | SANDERS0003928 | |
| P252 | | | | 2017 Form W-2 | SANDERS0003929 | |
| P253 | | | | 2017 Form W-2 | SANDERS0003925 | |
| P254 | | | | 2017 Form W-2 | SANDERS0003926 | |
| P255 | | | | 2017-03-10 Letter regarding BMWED Cash and Non-Cash Compensation as of January 1, 2017 | SANDERS0003947 | |
| P256 | | | | 2017-12-12 Letter regarding BMWED Cash and Non-Cash Compensation as of January 1, 2018 | SANDERS0003981 | |
| P257 | | | | 2017-12-28 Emerald Builders, Inc. Employee Earnings Records | Emerald.Builders_Sanders_000001_00001 | |
| P258 | | | | 2018 Form 1099-INT | SANDERS0004059 | |
| P259 | | | | 2018 Form W-2 | SANDERS0004060 | |
| P260 | | | | 2018 Form W-2 | SANDERS0004061 | |
| P261 | | | | 2018 Form W-2 | SANDERS0004062 | |
| P262 | | | | 2018 Form W-2 | SANDERS0004063 | |
| P263 | | | | 2018 Schedule M1W Minnesota Income Tax Withheld | SANDERS0004054 | |
| P264 | | | | 2018 Paystubs Oak Grove Capital | SANDERS0003944 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| P265 | | | | 2018-08-06 Your Social Security Statement | SANDERS0003977 | |
| P266 | | | | 2018-09-30 Oak Grove Capital, Inc Employee Earnings Record | Oak.Grove.Realty_Sanders_000001_00001 | |
| P267 | | | | 2018-10-04 Letter from Vannelli's by the Lake | Vannellis_Sanders_000001 | |
| P268 | | | | 2018-12-31 Minnesota Laborers Health and Welfare Fund Summary of Benefits and Coverage | SANDERS0003984 | Relevance |
| P269 | | | | 2018-2019 Oak Grove Realty Services Benefits Guide | SANDERS0003958 | |
| P270 | | | | 2019-02-22 Paystub | General.Contractors.Of.Minnesota_Sanders_000001_00002 | |
| P271 | | | | Washington Prime Group Paystubs | Washington.Prime.Group_Sanders_000001_000027 | |
| P272 | | | | Minnesota Laborers Health and Welfare Fund Summary of Material Modification | SANDERS0003990 | Relevance |
| P273 | | | | RRB Earnings Report and Summary of Benefit Payments | RRB_0000000001 | |
| P274 | | | | Social Security Estimated Benefits. | SANDERS0003955 | |
| P275 | | | | Social Security Statement, Earnings Record, My Home, my Social Security | SANDERS0003952 | |
| P276 | | | | Defendant BNSF Railway Company's Answers to Plaintiff Don Sanders' Interrogatories to Defendant | | |
| P277 | | | | Defendant BNSF Railway Company's Objections and Answers to Plaintiff Don Sanders' Interrogatory to Defendant | | |
| P278 | | | | Physical Copy of Track Safety Standards Part 213 | | |

18

| | | | | | | |
|---|---|---|---|---|---|---|
| P279 | | | | Physical Copy of BNSF Engineering Instructions Manual | | |
| P280 | | | | 2015-07-10 Letter to Ross Schenk regarding Level S Actual Suspension | BNSF_Sanders0009704 | Relevance |
| P281 | | | | Defendant BNSF Railway Company's Responses to Plaintiff Don Sanders' Request for Production of Documents to Defendant, Set I | | |
| P282 | | | | Defendant BNSF Railway Company's Responses to Plaintiff Don Sanders' Request for Production of Documents to Defendant, Set II | | |
| P283 | | | | 2016 BNSF Form 10-K | | Relevance |
| P284 | | | | Mann Companies Paystubs | SANDERS0005299 | |
| P285 | | | | 2020 Form W-2 | SANDERS0005315 | |
| P286 | | | | 49 C.F.R. § 213.241 | | Relevance |
| P287 | | | | 2019 Form W-2s and 1099 | SANDERS0004305 | |

Plaintiff reserves the right to amend and supplement this Exhibit List to include inadvertent omissions, demonstrative exhibits and documents to be used for impeachment and/or rebuttal up until and through the trial of this case.

|  |  |
|---|---|
|  | Respectfully Submitted: |
| Dated: November 17, 2021 | NICHOLS KASTER, PLLP |
|  | s/Lucas J. Kaster<br>James H. Kaster #53946<br>    kaster@nka.com<br>Lucas J. Kaster #396251<br>    lkaster@nka.com<br>Matthew A. Frank #395362<br>    mfrank@nka.com<br>80 South Eighth Street<br>4700 IDS Center<br>Minneapolis, MN 55402-2242<br>Telephone: (612) 256-3200 |
|  | ATTORNEYS FOR PLAINTIFF |