UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Donald Sanders, | Civil File No. 17-cv-5106-ECT-KMM |
| Plaintiff, | |
| v. | **[PROPOSED]** |
| | **ORDER REGARDING OTHER** |
| BNSF Railway Company, | **MOTIONS AND POST-TRIAL** |
| | **MOTIONS** |
| Defendant. | |

Pursuant to the Parties' Stipulation Regarding Other Motions and Post-Trial Motions made by and between Plaintiff Donald Sanders ("Plaintiff") and Defendant BNSF Railway Company ("Defendant") the Court enters the following deadlines in anticipation of the trial transcript's completion on or about February 25, 2022:

1. Plaintiff's motion for front pay shall be filed on **March 25, 2022**. Defendant's brief in opposition to Plaintiff's motion for front pay shall be filed on **April 22, 2022** and Plaintiff's reply brief in support of his motion for front pay shall be filed on **May 6, 2022**. Defendant also intends to file a motion for application of the statutory maximum amount set out in 49 U.S.C. 20109(e)(3) (statutorily limiting any punitive damages to an amount "not to exceed $250,000") to the jury's punitive damages award according to this schedule. This motion would be made without waiver or prejudice to any argument Defendant raises in post-trial motions, including on grounds that no award of punitive damages was warranted (nor up to the statutory maximum). Plaintiff believes the motion is premature, and any motion for reduction of the punitive damages award is

1

2

properly handled after judgment is entered. These Motions are referred to collectively as the "Other Motions".

2.  The Parties' post-trial motions shall be filed **28 days** after judgment is entered by the Court. The Parties' post-trial motion briefs in opposition shall be filed **28 days** after the initial briefs are filed and the Parties' post-trial reply briefs shall be filed **14 days** after the briefs in opposition are filed.

3.  Should the Court determine any need for further argument or presentation at a hearing following briefing of the Other Motions, the Court will advise counsel accordingly and a hearing date set thereafter.

4.  The Court will schedule a hearing date for oral argument on the Post-Trial Motions following completion of the parties' post-trial motion briefing.

Dated: _____

Judge Eric C. Tostrud
United States District Court