UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Donald Sanders, | Civil File No. 17-cv-5106-ECT-JFD |
| Plaintiff, | |
| v. | **ORDER** |
| BNSF Railway Company, | |
| Defendant. | |

---

Pursuant to the Parties' Stipulation Regarding Other Motions and Post-Trial Motions made by and between Plaintiff Donald Sanders ("Plaintiff") and Defendant BNSF Railway Company ("Defendant"), and based on the expectation that the trial transcript will be completed on or about February 25, 2022, the following deadlines are entered:

1. Plaintiff's motion for front pay shall be filed on or before **March 25, 2022**.

2. Defendant's brief in opposition to Plaintiff's motion for front pay shall be filed on or before **April 22, 2022**.

3. Plaintiff's reply brief in support of his motion for front pay shall be filed on or before **May 6, 2022**.

4. Defendant's motion for application of the statutory maximum amount set out in 49 U.S.C. § 20109(e)(3) (limiting any punitive damages to an amount "not to exceed $250,000") to the jury's punitive damages award shall be briefed according to this same schedule. This motion would be made without waiver or prejudice to any argument

Defendant may raise in post-trial motions, including but not limited to Defendant's arguments that no award of punitive damages was warranted. It is noted that Plaintiff believes this motion is premature and that any motion for reduction of the punitive damages award is properly handled after judgment is entered.

5. The Parties' other post-trial motions shall be filed on or before **28 days** after entry of judgment. The Parties' post-trial-motion-opposition briefs shall be filed on or before **28 days** after the initial briefs are filed, and the Parties' post-trial-motion-reply briefs shall be filed on or before **14 days** after the opposition briefs are filed.

6. Unless otherwise ordered, all motions referred to in this Order will be decided without oral argument.

Dated: February 3, 2022         s/ Eric C. Tostrud
                                Eric C. Tostrud
                                United States District Court