UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Donald Sanders,<br><br>　　　　　Plaintiff,<br>v.<br><br>BNSF Railway Company,<br><br>　　　　　Defendant. | Court File No.  17-cv-5106 (ECT/JFD)<br><br>**DEFENDANT'S MOTION FOR APPLICATION OF THE STATUTORY MAXIMUM FOR PUNITIVE DAMAGES** |

In accordance with 49 U.S.C. §20109(e)(3), Defendant BNSF Railway Company moves for application of the statutory maximum amount to the jury's December 15, 2021 verdict on punitive damages. Application of the statutory maximum is ripe and proper because the statutory language is express and clear in limiting any award of punitive damages to $250,000.

This motion is supported by all files, records, and proceedings herein, including BNSF's supporting memorandum and other papers being filed pursuant to L.R. 7.1.[1]

Dated:  March 25, 2022

By: */s/ Tracey Holmes Donesky*
　　Tracey Holmes Donesky (#302727)
　　tracey.donesky@stinson.com
　　**STINSON LLP**
　　50 South Sixth Street
　　Suite 2600
　　Minneapolis, MN 55402
　　Telephone: (612) 335-1500

　　*ATTORNEYS FOR BNSF RAILWAY COMPANY*

---

[1] As set forth in the Parties' Stipulation and Court Order Regarding Other Motions and Post-Trial Motions (ECF 232 and 234), this motion is made without waiver or prejudice to any argument Defendant raises in post-trial motions, including on grounds that no award of punitive damages was warranted (nor up to the statutory maximum).

173411603.1