UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Donald Sanders, | Court File No. 17-cv-5106 (ECT/KMM) |
| Plaintiff, | |
| | **NOTICE OF APPEAL** |
| v. | |
| BNSF Railway Company, | |
| Defendant. | |

Pursuant to Fed. R. App. P. 3 and 4, BNSF Railway Company, the Defendant in this case, by and through its undersigned counsel, appeals to the United States Court of Appeals for the Eighth Circuit from the Judgments entered by the district court (ECF 266 and 310) (June 29, 2022 and Dec. 6, 2022), all prior orders and rulings that merged into the final judgment, and including the order regarding motions in limine (ECF 224), regarding front pay (ECF 265) (June 29, 2022), costs judgment (ECF 297) (Aug. 29, 2022), the order denying BNSF's post-judgment motions and awarding attorney's fees and costs (ECF 309) (Dec. 5, 2022), and any other order providing relief in any form to Plaintiff.  The order of December 5, 2022 (ECF 309) is an order disposing of motions referred to in Federal Rule of Appellate Procedure 4(a)(4), making this appeal timely.

179219581

2

| | |
|---|---|
| Dated: January 3, 2023 | /s/ *Tracey Holmes Donesky*<br>Tracey Holmes Donesky (MN #302727)<br>**STINSON LLP**<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 335-1500<br>tracey.donesky@stinson.com<br><br>**COUNSEL FOR DEFENDANT** |

179219581