

# UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

| **Warren E. Burger Federal Building and U.S. Courthouse** | **Diana E. Murphy U.S. Courthouse** | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** | **Edward J. Devitt U.S. Courthouse and Federal Building** |
|---|---|---|---|
| 316 North Robert Street Room 100 St. Paul, MN 55101 | 300 South Fourth Street Room 202 Minneapolis, MN 55415 | 515 West First Street Duluth, MN 55802 | 118 South Mill Street Fergus Falls, MN 56537 |

## TRANSMITTAL OF APPEAL

Date:   1/4/2023

To:   U.S. COURT OF APPEALS, 8TH CIRCUIT

From:  abr, U.S. District Court-Minnesota

In Re:   District Court Case No. 17-cv-5106 (ECT/JFD)
  Eighth Circuit Case No.:  Not yet assigned
  Case Title:  Sanders v. BNSF Railway Co.

The statutory filing fee has:
  ☒ been paid, receipt number: AMNDC-9982454

Length of Trial:  8 days

Was a court reporter utilized?   ☒ Yes   ☐ No
  If yes, please identify the court reporter: Tim Willette (612-664-5000)